**File Hashes for IP Address 173.61.233.72**

**ISP:** Verizon Internet Services
**Physical Location:** Hightstown, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/21/2015 19:21:48 | ED2ED6937D5B0AA2E3B29B55F0156C68074F8139 | Manny |

**Total Statutory Claims Against Defendant: 1**

EXHIBIT A

NJ27