**Copyrights-In-Suit for IP Address 173.61.233.72**

**ISP:** Verizon Internet Services
**Location:** Hightstown, NJ

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Manny | PAu003744511 | 11/17/2014 | 09/02/2014 | 01/21/2015 |

**Total Manny Film LLC Copyrights Infringed:  1**

EXHIBIT B

NJ27



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PAu003744511
Search Results: Displaying 1 of 1 entries



Labeled View

*Manny.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PAu003744511 / 2014-09-02
**Application Title:** Manny.
**Title:** Manny.
**Description:** Videodisc (DVD)
**Copyright Claimant:** Manny Film LLC. Address: 1175 East Lincoln Avenue, Anaheim, CA, 92805, United States.
**Date of Creation:** 2014
**Authorship on Application:** Manny Film LLC, employer for hire; Citizenship: United States. Authorship: entire motion picture.
**Copyright Note:** Regarding material excluded: credits on copy indicate some preexisting footage and photographs from various sources.
**Names:** Manny Film LLC





Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

EXHIBIT B

NJ27