A. Jordan Rushie, Esq.
Flynn Wirkus Young, P.C.
NJ ID No. 043232008
2424 E York Street, Suite 316
Philadelphia, PA 19125
T: (215) 568-1440
jrushie@flynnwirkus.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MANNY FILM LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 173.61.233.72, <br><br> Defendant. | Case No. 3:15-cv-01490-PGS-LHG |

**MOTION FOR LEAVE TO SERVE A THIRD PARTY**
**SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

Notice is given that on April 6, 2015, in Courtroom 4E, Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey, 08608, before the Honorable Peter G. Sheridan, D.J., at 9:30 a.m. of that day, or as soon thereafter as counsel can be heard, that Manny Film LLC ("Plaintiff"), will move the Court for an order granting it leave to serve a third party subpoena prior to a

1

Rule 26(f) conference.  This motion will be made on the grounds that the order is necessary to obtain the true identity of the John Doe Defendant.

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; (2) Declaration of Patrick Paige in support of this motion; (3) Declaration of Daniel Susac in support of this motion; and (4) Declaration of A. Jordan Rushie in support of this motion, Plaintiff respectfully moves for entry of an order granting it leave to serve a third party subpoena on Verizon Internet Services prior to a Rule 26(f) conference.  A proposed order is attached for the Court's convenience.

                                                Respectfully submitted,

A. Jordan Rushie
**Flynn Wirkus Young, P.C.**
NJ ID No. 043232008
2424 E York Street, Suite 316
Philadelphia, PA 19125
215-568-1440
jrushie@flynnwirkus.com